**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **SSBBQ, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-4779600** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **602 Sperryville Pike Culpeper, VA 22701** Number, Street, City, State & ZIP Code **Culpeper** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **251 W. Lee Hwy Warrenton, VA 20186** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **https://shawnsbbq.com** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **SSBBQ, LLC**　　　　Case number (*if known*)
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__72__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor **SSBBQ, LLC**
    Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000   ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion

Debtor **SSBBQ, LLC**                                                                    Case number (*if known*)
      Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **SSBBQ, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 31, 2024**
MM / DD / YYYY

X **/s/ Shawn Moss**
Signature of authorized representative of debtor

**Shawn Moss**
Printed name

Title **Single Member/Owner**

**18. Signature of attorney**

X **/s/ Stephen E. Dunn**
Signature of attorney for debtor

Date **January 31, 2024**
MM / DD / YYYY

**Stephen E. Dunn 26355**
Printed name

**Stephen E. Dunn, PLLC**
Firm name

**201 Enterprise Drive
Suite A
Forest, VA 24551**
Number, Street, City, State & ZIP Code

Contact phone **434-385-4850**    Email address **stephen@stephendunn-pllc.com;
michelle@stephendunn-pllc.com**

**26355 VA**
Bar number and State

AMBER BEVERLEY
10828 MARINA WAY
BEALETON, VA 22712

DYLAN DEGNAN
12850 GENTLE SHADE DR
BRISTOW, VA 20136

SSBBQ, LLC
LIEN SOLUTIONS C/O QIANG XU
PO BOX 29071
GLENDALE, CA 91209-9071

BROOKE PROPHETER
547 RICHMOND RD
AMISSVILLE, VA 20106

EMMA CARTER
10788 TIBERT CT
BEALETON, VA 22712

NICOL ORDONEZ ALVAREZ
6727 WILLOWBROOK DR
BEALETON, VA 22712

CAROLINE MULLINS
9337 MEETZE RD
MIDLAND, VA 22728

EMMY KITIS
16032 GROUSE CT
AMISSVILLE, VA 20106

RYAN MAHAR
4436 SPRING RUN RD
WARRENTON, VA 20187

CHARLES CROSLAND
9129 MEETZE RD
WARRENTON, VA 20187

ERICK KALENGA
11620 RIXEYVILLE RD
CULPEPER, VA 22701

SHAWN MOSS
15020 NORTH RIDGE BLVD
CULPEPER, VA 22701

CINTAS CORP
PO BOX 630803
CINCINNATI, OH 45263

HEARTLAND POS
1 BLUE HILL PLAZA, 16TH FLOOR
PEARL RIVER, NY 10965

SHAWN'S SMOKEHOUSE BBQ COL
602 SPERRYVILLE PIKE
CULPEPER, VA 22701

COLUMBIA GAS OF VA
PO BOX 70319
PHILADELPHIA, PA 19176

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

THE JONES GROUP CPAS & CO
400 SOUTHRIDGE PARKWAY., SUB
CULPEPER, VA 22701

COMCAST
PO BOX 70219
PHILADELPHIA, PA 19176-0219

JACKSON BEVERLEY
10828 MARINA WAY
BEALETON, VA 22712

TOWN OF WARRENTON
21 MAIN STREET
WARRENTON, VA 20186

CORPORATION SERVICE COMPANY
P.O. BOX 2576
FOR US SMALL BUSINESS ADMIN.
SPRINGFIELD, IL 62708

JAEL TUCKER
7348 KEITH RD
WARRENTON, VA 20186

TRE SMITH
7836 HILLTOP PL
MARSHALL, VA 20115

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703

KAYDEN KALENGA
1970 PEACHTREE CT
CULPEPER, VA 22701

US ATTORNEY GENERAL MERRIG
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

DOMINION POWER
501 E. FRANKLIN STREET
RICHMOND, VA 23219

LEASE CORPORATION OF AMERICA
3150 LIVERNOIS RD
STE 300
TROY, MI 48083

US ATTORNEY'S OFFICE, WESTED
OF VA, JENNIFER MCNAMARA, C
PROCESS CLERK, P.O. BOX 1709
ROANOKE, VA 24008-1709

US ATTORNEY'S OFFICE, WESTERN DISTRICT
OF VA, CHRISTOPHER R. KAVANAUGH, US
ATTORNEY, P.O. BOX 1709
ROANOKE, VA 24008-1709

SSBBQ, LLC
ZACKERY MOSS
12332 J. BREN CT
BRANDY STATION, VA 22714

US FOODS, INC.
MANASSAS-5O A US FOODS INC DIVISION
11994 LIVINGSTON RD
MANASSAS, VA 20109

US FOODS, INC.
REG AGT CORPORATION SERVICE COMPANY
100 SHOCKOE SLIP FL 2,
RICHMOND, VA 23219-4100

US FOODS, INC.
9399 W. HIGGINS RD, BLDG 100
DES PLAINES, IL 60018-4910

US FOODS/PROGUARD
9399 W. HIGGINS RD
BLDG 100
DES PLAINES, IL 60018-4910

US SMALL BUSINESS ADMINISTRATION
2 NORTH STREET SUITE 320
BIRMINGHAM, AL 35203

US SMALL BUSINESS ADMINISTRATION
14925 KINGSPORT RD
FORT WORTH, TX 76155

VANIA ROSALES
757 CHERRY TREE LN
WARRENTON, VA 20186

VIRGINIA DEPARTMENT OF TAXATION
PO BOX 2156
RICHMOND, VA 23218

WARRENTON CENTER LLC
PO BOX 6298
HICKSVILLE, NY 11802-6298

# United States Bankruptcy Court
## Western District of Virginia

In re  **SSBBQ, LLC**
Debtor(s)

Case No.
Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **SSBBQ, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 31, 2024**
Date

**/s/ Stephen E. Dunn**
**Stephen E. Dunn 26355**
Signature of Attorney or Litigant
Counsel for  **SSBBQ, LLC**
**Stephen E. Dunn, PLLC**
**201 Enterprise Drive**
**Suite A**
**Forest, VA 24551**
**434-385-4850 Fax:434-385-8868**
**stephen@stephendunn-pllc.com; michelle@stephendunn-pllc.com**